**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-2148**

YANNICK BOPDA,

   Plaintiff - Appellant,

  v.

COMCAST OF THE DISTRICT, LLC,

   Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge.  (8:22-cv-02889-PJM)

Submitted:  January 30, 2024         Decided:  February 2, 2024

Before KING, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Yannick Bopda, Appellant Pro Se.  Matthew J. Sharbaugh, MORGAN LEWIS & BOCKIUS, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yannick Bopda appeals the district court's order granting Appellee's motion to compel arbitration under the Federal Arbitration Act, 9 U.S.C. §§ 1 to 402 (FAA), and dismissing Bopda's complaint without prejudice pending arbitration. We have reviewed the record and find no reversible error. The Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act of 2021, 9 U.S.C. §§ 401 to 402 (EFAA), does not apply retroactively to claims that accrued before its enactment on March 3, 2022, and Bopda's other assignments of error are plainly meritless. Accordingly, we deny Bopda's motion for injunctive relief pending appeal and affirm the district court's order. *Bopda v. Comcast of the Dist., LLC*, No. 8:22-cv-02889-PJM (D. Md. Sept. 27, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2